

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00436-CR

BRYAN MATTHEW ROCHA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 47th District Court
Potter County, Texas
Trial Court No. 76,010-A-CR, Honorable Dan L. Schaap, Presiding

February 1, 2019

## MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Pending before this Court is appellant Bryan Matthew Rocha's motion to dismiss his appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, appellant and his attorney have signed the motion. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.